The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: April 25 2023

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | : | Chapter 13 Proceeding |
| **Derill C. Ferguson** | : | Case No. 23-60077 |
| **Linda K. Ferguson,** | : | Judge John Gustafson |
| Debtor(s). | | |

**Last 4 Social Security: ###-##-2131 (Joint-Debtor)**

### ORDER DIRECTING EMPLOYER TO PAY TRUSTEE

The above-named Debtor(s) has/have filed a Chapter 13 case and plan payments are to be made directly from his/her wages to the Chapter 13 Trustee with the **debtor's name and Chapter 13 case number legibly appearing on all payments**.

**MAKE CHECK PAYABLE TO: CHAPTER 13 TRUSTEE**

**THEREFORE, IT IS ORDERED** that the employer shall deduct the sum of **$295.00 MONTHLY ($68.08 WEEKLY, $136.15 BIWEEKLY, $147.50 SEMI-MONTHLY**) pay period and send the amount at least monthly to:

> Dynele L. Schinker-Kuharich, Chapter 13 Trustee
> P O Box 616
> Memphis, TN 38101-0616

**IT IS FURTHER ORDERED** that the employer shall deduct the above amount from any periodic or lump sum payment multiplied by the number of pay periods the payment

represents. The periodic or lump sum payment may be as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor(s).

**IT IS FURTHER ORDERED** that all earnings of the Debtor(s), except the amounts required to be withheld by any provision of the laws of the United States, this state or any political subdivision, by any child support and alimony orders, or by any insurance, pension or union dues agreement between the employer and the Debtor(s) or by order of this Court, be paid to the Debtor(s) in accordance with the employer's usual payroll procedures.

**IT IS FURTHER ORDERED** that no deduction for any garnishment, wage assignments, credit union or any other indebtedness be permitted.

**IT IS FURTHER ORDERED** that the employer shall notify the Trustee if the employment of the Debtor(s) is/are terminated and the reason for such termination.

###

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

**IT IS FINALLY ORDERED** that a copy of this Order be served by:

### Service List

Nimishillen Creek Dental, Employer, via regular mail at:
Attn: Payroll
6020 Louisville Street, NE
Louisville, OH 44641

Linda K. Ferguson and
Derill C. Ferguson, Debtors, via regular mail at:
6750 Pontius Street NE
Hartville, OH 44632

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

David A. Mucklow, Counsel for Derill C. and Linda K. Ferguson, via the Court's Electronic Case Filing System at davidamucklow@yahoo.com