United States Bankruptcy Court
Northern District of Ohio

| | |
|---|---|
| In re: | Case No. 23-60077-jpg |
| Derill C Ferguson | Chapter 13 |
| Linda K Ferguson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-6 | User: aprib | Page 1 of 2 |
| Date Rcvd: Apr 26, 2023 | Form ID: pdf746 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Derill C Ferguson, Linda K Ferguson, 6750 Pontius Street, NE, Hartville, OH 44632-9398 |
| | + | Nimishellen Creek Dental, Attn: Payroll, 6020 Louisville Street, NE, Louisville, OH 44641-9484 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Apr 26 2023 20:43:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 26 2023 20:43:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Apr 26 2023 20:43:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 20:52:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bankruptcy@huntington.com | Apr 26 2023 20:43:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 28, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Mucklow | on behalf of Debtor Derill C Ferguson davidamucklow@yahoo.com |
| David A. Mucklow | on behalf of Debtor Linda K Ferguson davidamucklow@yahoo.com |
| Dynele L Schinker-Kuharich | DLSK@Chapter13Canton.com dschinkerkuharich@ecf.epiqsystems.com |
| Joshua Ryan Vaughan | on behalf of Creditor Ohio Department of Taxation jvaughan@amer-collect.com SAllman@AMER-COLLECT.COM;HouliECF@aol.com |

TOTAL: 4

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_____
John P. Gustafson
United States Bankruptcy Judge

**Dated: April 25 2023**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

**In Re:** : **Chapter 13 Proceeding**

**Derill C. Ferguson** : **Case No. 23-60077**

**Linda K. Ferguson,** : **Judge John Gustafson**

    **Debtor(s).**

**Last 4 Social Security: ###-##-2131 (Joint-Debtor)**

### ORDER DIRECTING EMPLOYER TO PAY TRUSTEE

The above-named Debtor(s) has/have filed a Chapter 13 case and plan payments are to be made directly from his/her wages to the Chapter 13 Trustee with the **debtor's name and Chapter 13 case number legibly appearing on all payments.**

    **MAKE CHECK PAYABLE TO: CHAPTER 13 TRUSTEE**

**THEREFORE, IT IS ORDERED** that the employer shall deduct the sum of **$295.00 MONTHLY ($68.08 WEEKLY, $136.15 BIWEEKLY, $147.50 SEMI-MONTHLY)** pay period and send the amount at least monthly to:

    **Dynele L. Schinker-Kuharich, Chapter 13 Trustee**
    **P O Box 616**
    **Memphis, TN 38101-0616**

**IT IS FURTHER ORDERED** that the employer shall deduct the above amount from any periodic or lump sum payment multiplied by the number of pay periods the payment

represents. The periodic or lump sum payment may be as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor(s).

**IT IS FURTHER ORDERED** that all earnings of the Debtor(s), except the amounts required to be withheld by any provision of the laws of the United States, this state or any political subdivision, by any child support and alimony orders, or by any insurance, pension or union dues agreement between the employer and the Debtor(s) or by order of this Court, be paid to the Debtor(s) in accordance with the employer's usual payroll procedures.

**IT IS FURTHER ORDERED** that no deduction for any garnishment, wage assignments, credit union or any other indebtedness be permitted.

**IT IS FURTHER ORDERED** that the employer shall notify the Trustee if the employment of the Debtor(s) is/are terminated and the reason for such termination.

### 

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

**IT IS FINALLY ORDERED** that a copy of this Order be served by:

<u>Service List</u>

Nimishillen Creek Dental, Employer, via regular mail at:
Attn: Payroll
6020 Louisville Street, NE
Louisville, OH 44641

Linda K. Ferguson and
Derill C. Ferguson, Debtors, via regular mail at:
6750 Pontius Street NE
Hartville, OH 44632

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

David A. Mucklow, Counsel for Derill C. and Linda K. Ferguson, via the Court's Electronic Case Filing System at davidamucklow@yahoo.com