# PROCEEDING MEMO
## HONORABLE JOHN P. GUSTAFSON

In Re:                                                              Case No. 23-60077-jpg

Derill C Ferguson and Linda K Ferguson                Chapter 13

**NATURE OF PROCEEDING:**

Doc# 36 Non-Evidentiary Hearing on Confirmation of Ch. 13 Plan

**APPEARANCES:**
- [ ] Debtor(s)
- [x] Atty for Debtor(s): David Mucklow (T)
- [ ] Atty for Creditor:
- [x] Trustee: Dynele Schinker-Kuharich
- [ ] Atty for
- [ ] Atty for
- [ ] Atty for
- [ ] Atty for

- [x] HEARING HELD    [ ] EVIDENCE SUBMITTED    [ ] DISMISSED
- [ ] HEARING NOT HELD    [ ] TAKEN UNDER ADVISEMENT
- [ ] MOTION TO CONTINUE F/C ____ DAYS    [ ] MOTION CUT-OFF
- [ ] AGREED ENTRY ON OR BEFORE ____ DAYS
- [ ] STATUS REPORT ON OR BEFORE ____ DAYS    [ ] DISCOVERY CUT-OFF
- [ ] MOTION TO BE WITHDRAWN ____ DAYS
- [ ] OBJECTION TO BE WITHDRAWN ____ DAYS    [ ] FINAL PRE-TRIAL

- [ ] GRANTED    [ ] APPROVED    [ ] DISAPPROVED    [ ] TRIAL

- [ ] DENIED    [ ] WITH PREJUDICE    [ ] WITHOUT PREJUDICE
- [ ] SUSTAINED
- [ ] ADJOURNED TO _____

**COMMENTS OF COURT:**

Hearing held. Plan to be Confirmed as Recommended, subject to pending Order re: direct mortgage payments.

HEARING DATE: Weds., 12/20/2023

FOR COURT USE ONLY
- [ ] Order Uploaded    [ ] Need Order    [ ] Return for Action