# United States Bankruptcy Court
FOR THE
Northern District of Ohio

**IN RE:** Derill C. & Linda K. Ferguson

CASE No. 23-60077

Derill C. & Linda K. Ferguson
6750 Pontius Street NE
Hartville, OH 44632

## NOTICE OF INTENT TO PAY CLAIMS

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | DATE FILED | SCHEDULED | ALLOWED | PAY % |
|---|---|---|---|---|---|---|
| | Unsecured | Aultman Hospital<br>2600 6th St., SW<br>Canton, OH 44710 | Not Filed | None | None | 0.0000 |
| | Unsecured | Quest Diagnostics<br><br>Cincinnati, OH | Not Filed | None | None | 0.0000 |
| | Unsecured | Cigna<br><br>Phoenix, AZ | Not Filed | None | None | 0.0000 |
| | Unsecured | Canton Aultman ER Physicians<br>PO Box 76659<br>Cleveland, OH 44101 | Not Filed | None | None | 0.0000 |
| | Unsecured | TRI COUNTY HEMATOLOGY/ONCOLOGY<br>7337 CARITAS CIRCLE NW #150<br>MASSILLON, OH 44646 | Not Filed | None | None | 0.0000 |
| | Unsecured | Canton Pathology Associates<br>PO Box 80690<br>Canton, OH 44708 | Not Filed | None | None | 0.0000 |
| | Unsecured | GASTROENTEROLOGY ASSOCIATES<br>4665 BELPAR ST NW<br>PO BOX 36329<br>CANTON, OH 44735 | Not Filed | None | None | 0.0000 |
| | Unsecured | TRACTOR SUPPLY<br>PO BOX 8181<br>JOHNSON CITY, TN 37615-8181 | Not Filed | None | None | 0.0000 |

# United States Bankruptcy Court
## FOR THE
### Northern District of Ohio

IN RE: Derill C. & Linda K. FergusonCASE No. 23-60077

Derill C. & Linda K. Ferguson
6750 Pontius Street NE
Hartville, OH 44632

## NOTICE OF INTENT TO PAY CLAIMS

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | DATE FILED | SCHEDULED | ALLOWED | PAY % |
|---|---|---|---|---|---|---|
| | Unsecured | Quest Diagnostics<br><br>Cincinnati, OH | Not Filed | None | None | 0.0000 |
| | Unsecured | FIDELITY NATIONAL COLLECTIONS<br>885 SOUTH SAWBURG AVE.<br>SUITE 103<br>ALLIANCE, OH 44601 | Not Filed | None | None | 0.0000 |
| | Unsecured | Bank of America<br><br>Baltimore, MD | Not Filed | None | None | 0.0000 |
| | Unsecured | Radiology Associates of Canton<br><br>Cleveland, OH | Not Filed | None | None | 0.0000 |
| | Unsecured | Quest Diagnostics<br><br>Cincinnati, OH | Not Filed | None | None | 0.0000 |
| 001 | Unsecured | Credit First, N.A.<br>Po Box 818011<br>Cleveland, OH 44181 | 03/24/2023 | 3,282.46 | 1,460.78 | 44.5027 |
| 002 | Priority | Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216 | 03/27/2023 | 520.10 | 520.10 | 100.0000 |
| 002 | Unsecured | Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216 | 03/27/2023 | 82.33 | 36.64 | 44.5027 |

# United States Bankruptcy Court
FOR THE
Northern District of Ohio

IN RE: Derill C. & Linda K. Ferguson    CASE No. 23-60077

Derill C. & Linda K. Ferguson
6750 Pontius Street NE
Hartville, OH 44632

## NOTICE OF INTENT TO PAY CLAIMS

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | DATE FILED | SCHEDULED | ALLOWED | PAY % |
|---|---|---|---|---|---|---|
| 003 | Unsecured | Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | 03/28/2023 | 19,626.67 | 8,734.40 | 44.5027 |
| 004 | Unsecured | Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | 03/28/2023 | 19,841.73 | 8,830.11 | 44.5027 |
| 005 | Unsecured | KeyBank, N.A.<br>4910 Tiedeman Road<br>Brooklyn, OH 44144 | 03/29/2023 | 5,798.46 | 2,580.47 | 44.5027 |
| 006-2 | Priority | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | 03/31/2023 | 9,065.21 | 9,065.21 | 100.0000 |
| 006-2 | Unsecured | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | 03/31/2023 | 321.92 | 143.26 | 44.5027 |
| 007 | Unsecured | Capital One Bank (USA), N.A.<br>by American Infosource as agent<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118 | 04/06/2023 | 5,768.62 | 2,567.19 | 44.5027 |
| 008 | Unsecured | Capital One Bank (USA), N.A.<br>by American Infosource as agent<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118 | 04/06/2023 | 2,782.07 | 1,238.10 | 44.5027 |
| 009 | Secured | Americredit Financial Services, Inc<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 | 04/11/2023 | None | None | 100.0000 |

# United States Bankruptcy Court
FOR THE
Northern District of Ohio

IN RE: Derill C. & Linda K. Ferguson

CASE No. 23-60077

Derill C. & Linda K. Ferguson
6750 Pontius Street NE
Hartville, OH 44632

## NOTICE OF INTENT TO PAY CLAIMS

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | DATE FILED | SCHEDULED | ALLOWED | PAY % |
|---|---|---|---|---|---|---|
| 010 | Unsecured | Citibank, N.A.<br>5800 S. Cooperate Pl.<br>Sioux Falls, SD 57108-5027 | 04/11/2023 | 1,115.57 | 496.46 | 44.5027 |
| 011 | Secured | The Huntington National Bank<br>P.O. Box 89424<br>Cleveland, OH 44101 | 04/17/2023 | None | None | 100.0000 |
| 012 | Secured | The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-8539 | 04/17/2023 | None | None | 100.0000 |
| 013 | Unsecured | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | 05/16/2023 | 1,286.22 | 572.40 | 44.5027 |
| 014 | Unsecured | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | 05/16/2023 | 7,303.49 | 3,250.25 | 44.5027 |
| 015 | Unsecured | Verizon<br>by American Infosource as agent<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118 | 05/19/2023 | 1,507.58 | 670.91 | 44.5027 |
| 016 | Unsecured | LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | 06/21/2023 | 701.94 | 312.38 | 44.5027 |
| 017 | Unsecured | LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | 06/21/2023 | 841.27 | 374.39 | 44.5027 |

# United States Bankruptcy Court

FOR THE

Northern District of Ohio

IN RE: Derill C. & Linda K. Ferguson

CASE No. 23-60077

Derill C. & Linda K. Ferguson
6750 Pontius Street NE
Hartville, OH 44632

## NOTICE OF INTENT TO PAY CLAIMS

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | DATE FILED | SCHEDULED | ALLOWED | PAY % |
|---|---|---|---|---|---|---|
| 018 | Unsecured | LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | 06/21/2023 | 3,765.29 | 1,675.66 | 44.5027 |
| 799 | Attorney | David A. Mucklow<br>919 East Turkeyfoot Lake Road, #B<br>Akron, OH 44312 | 04/17/2023 | 3,050.00 | 3,050.00 | 100.0000 |

DATED: 02/06/2024      Case Totals    86,660.93    45,578.71

### NOTICE

The foregoing is a list of the amounts and classifications of claims as filed and to be paid under the plan. Unless an interested party files an objection, all claims will be allowed and treated in the manner listed above. Any such objection shall conform to the requirements of Rule 3007 and Local Rule 3007.

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

## Certificate of Service

I certify that on this day, 02/06/2024, the above pleading was electronically transmitted via the Court's CM/ECF system to the following who is/are listed on the Court's Electronic Mail Notice List:

David A. Mucklow

I further certify that the following parties were sent notice by regular U.S. Mail at the specified addresses on the date set forth above.

Derill C. Linda K. Ferguson
6750 Pontius Street NE
Hartville, OH 44632

                                        /s/ Dynele L. Schinker-Kuharich
                                        Dynele L. Schinker-Kuharich
                                        Chapter 13 Trustee